IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF INDIANA, ) ) ) Plaintiffs, ) ) v. ) ) CLEVELAND-CLIFFS BURNS HARBOR LLC and CLEVELAND-CLIFFS STEEL LLC, ) ) ) ) Defendants ) ) | Case No. 22-cv-26 |

**GOVERNMENT PLAINTIFFS' MOTION TO ENTER CONSENT DECREE**

The United States, on behalf of the U.S. Environmental Protection Agency ("EPA"), and the State of Indiana ("Indiana"), on behalf of the Indiana Department of Environmental Management ("IDEM") (collectively "Government Plaintiffs" or "Governments"), jointly request that the Court approve, sign, and enter the proposed Consent Decree in this case. The Consent Decree is submitted to the Court as an attachment to the memorandum in support of this motion. If approved, the Consent Decree would resolve alleged violations under several environmental statutes relating to a steel manufacturing and finishing facility in Burns Harbor, Indiana ("Facility") owned and operated by Cleveland-Cliffs Burns Harbor LLC and its corporate parent Cleveland-Cliffs Steel LLC (collectively, "Cleveland-Cliffs"). *See* Complaint [Dkt. 1]. The proposed Consent Decree would also resolve the claims of the citizen groups Environmental Law & Policy Center ("ELPC") and Hoosier Environmental Council ("HEC") (collectively, "Citizen Plaintiffs") in *Environmental Law & Policy Center and Hoosier*

1

*Environmental Council v. Cleveland-Cliffs Burns Harbor LLC and Cleveland-Cliffs Steel LLC*, Case No. 19-cv-473 (N.D. Ind.).

The proposed Consent Decree would obligate Cleveland-Cliffs to take a number of measures to come into compliance with the law. In particular, the proposed Consent Decree requires the operation of ammonia and cyanide treatment systems; measures to improve pollution control system reliability; specific procedures for preventing violations during emergencies; and public notification in the event of certain exceedances. Defendants are also required to complete two Environmentally-Beneficial Projects, to be administered by the state of Indiana: (1) the donation of 127 acres of land abutting the Indiana Dunes National Park; and (2) a water sampling project to monitor and report on water quality at four locations in the East Branch of the Little Calumet River and Lake Michigan. Finally, under the proposed Consent Decree, Defendants would pay a civil penalty of $3 million, split evenly between the United States and Indiana, and reimburse the Governments' response costs in responding to an August 2019 spill.

After careful review of the one public comment on the Consent Decree, the United States, after consultation with Indiana, continues to believe that the Decree is fair, reasonable, consistent with the underlying statutes, and in the public interest. Accordingly, the Governments respectfully request entry of the proposed Consent Decree by this Court. Defendants have agreed to entry of the Consent Decree (CD ¶ 105), and both the Defendants and Citizen Plaintiffs support this motion.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

s/ Nicholas McDaniel
NICHOLAS MCDANIEL
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Telephone: 202-514-0096
Nicholas.A.McDaniel@usdoj.gov

CLIFFORD D. JOHNSON
United States Attorney

WAYNE T. AULT
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Telephone: 219-937-5500
Telecopy: 219-852-2770

FOR THE STATE OF INDIANA:

s/ Meredith McCutcheon
Meredith McCutcheon
Attorney No. 32391-49
Deputy Attorney General
OFFICE OF THE INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 233-9357
Fax: (317) 232-7979
Email: Meredith.McCutcheon@atg.in.gov

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2022, the foregoing Government Plaintiffs' Motion to Enter Consent Decree was filed electronically and notice of this filing will be automatically sent to counsel of record on the ECF system. A copy of the foregoing Government Plaintiffs' Motion to Enter Consent Decree was also sent by electronic mail to the following counsel:

<u>Counsel for Cleveland-Cliffs</u>:

Byron Taylor
Sidley Austin LLP
312-853-4717
bftaylor@sidley.com

<u>Counsel for ELPC and HEC</u>

Howard Learner
Executive Director
Environmental Law & Policy Center
312-673-6500
HLearner@elpc.org

    s/Nicholas McDaniel
    NICHOLAS MCDANIEL