AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

UNITED STATES OF AMERICA,
STATE OF INDIANA

    Plaintiffs

    v.                                     Civil Action No. 2:22-cv-26

CLEVELAND-CLIFFS BURNS HARBOR LLC,
CLEVELAND-CLIFFS STTEL LLC

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: Judgment ENTERED in accordance with the terms of the Consent Decree.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on Motion to Enter Consent Decree by United States of America

DATE: 05/06/2022                      GARY T. BELL, CLERK OF COURT

                                                     by     s/J. Barboza
                                                                   *Signature of Clerk or Deputy Clerk*